United States District Court
Southern District of Texas
**ENTERED**
June 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MILLET TIRE CO, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-108 |
| | § | |
| CENTURY SURETY COMPANY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge Christopher dos Santos' report and recommendation (Dkt. No. 32) regarding Plaintiff's attorneys' response (Dkt. No. 31) to Judge Dos Santos' order to show cause (Dkt. No. 30). In the report and recommendation, Judge Dos Santos recommends no sanctions be imposed against Plaintiff's attorneys at this time but admonishes them to comply with all future Court orders (Dkt. No. 32 at 3–4). The time for filing objections has passed, and no party filed objections. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the report and recommendation for clear error. Finding none, the Court **ADOPTS IN WHOLE** the report and recommendation (Dkt. No. 32).

It is so **ORDERED**.

**SIGNED** June 27, 2024.

_____
Marina Garcia Marmolejo
United States District Judge